[Civ. No. 11987. Second Appellate District, Division Two.—September 28, 1938.]

FREDERICK W. KLEIN, as Administrator, etc., Appellant, v. JAMES PEDRO PATRICK LARRONDE et al., Respondents.

Adolph B. Rosenfield for Appellant.

Joe Crider, Jr., and A. W. Mack, Jr., for Respondents.

THE COURT.—This case comes on after motion of respondents to dismiss for failure of appellant to file a transcript or brief. We find the motion is good and it is granted.

Appeal dismissed.